466 A.2d 707

Commonwealth v. Clanton, Appellant.

Submitted June 17, 1983.   Stephen R. Lacheen, for appellant;  Jane Cutler Greenspan, Assistant District Attorney, for Commonwealth, appellee.

Before ROWLEY, McEWEN and WATKINS, JJ.

Judgment of sentence affirmed.

466 A.2d 707

Commonwealth v. Edney, Appellant.

Submitted April 12, 1983.   Harold Diamond, for appellant;  Jane Cutler Greenspan, Assistant District Attorney, for Commonwealth, appellee.

Before HESTER, MONTEMURO and POPOVICH, JJ.

Judgment of sentence affirmed.